# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY FORTNER, ET AL, | Case No. 2:25-cv-00784-MEMF-AJR |
| Petitioners, | |
| v. | **JUDGMENT** |
| LAKE COUNTY JAIL, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Dismissing Habeas Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 25, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE